IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  18-cv-01008-WYD

COLORADO COALITION FOR THE HOMELESS, a Colorado Nonprofit Corporation,

    Plaintiff,

v.

GENERAL SERVICES ADMINISTRATION and
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

_____

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**
_____

**Daniel, J.**

    This action under the Administrative Procedures Act was filed on April 30, 2018.  A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

    Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP).  The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1.  Counsel should attempt in good faith to agree on all matters covered in the form JCMP.  Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

    **THEREFORE, IT IS ORDERED** that on or before the deadline for defendants' response to the complaint under Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form

referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

Dated: April 30, 2018

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE